**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JIMMY LEE FROST,                                                                                    PETITIONER
ADC #140003

v.                                        5:15CV00036-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections.  After carefully considering the Petitioner's reply and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Respondent's Motion to Dismiss (Doc. No. 7) is GRANTED, and Petitioner's cause of action is DISMISSED, and the requested relief is denied.

2. A certificate of appealability will not be issued.

SO ORDERED this 19th day of May, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE